that their father had created any trusts during his lifetime. Also, Anna refused to sign an affidavit prepared by Edward stating his understanding that his father had intended to create a trust in Marie's favor because "there was (no) such thought in (my) father's mind." As determined by the Chancellor, the fact that formal guardianship proceedings were never instituted is not inconsistent with an intent on the donor's part to create a guardianship, as the donor could legitimately have intended such a relationship, and yet have wished to avoid public proceedings which could tarnish his.family name.*

Because the Chancellor's determination of the donor's intent is adequately supported by the evidence of record, the order of the Superior Court should be reversed and the decree of the Chancellor reinstated.

NIX and LARSEN, JJ., join in this dissenting opinion.

---

468 A.2d 1095

**COMMONWEALTH of Pennsylvania**

v.

**Joseph RAMIREZ, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 28, 1983.

Decided Dec. 29, 1983.

---

* Additional support for the Chancellor's determination of the donor's intent is found in the donor's will, which was executed within two days after the 1932 transfers of securities. Item One of the will expressly set up a "trust" of one-third of the donor's estate for his wife's life, the remainder, if any, to go to his residuary estate. On the basis of this portion of the will, the Chancellor concluded that "[i]f [the donor] had determined to set up a trust [for Marie], he had the ability, the knowledge and the advice to do so, but he failed to set up such a trust."

Thomas W. Moore, Jr., Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Frances G. Gerson, Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Judgment of Sentence affirmed.

468 A.2d 1095

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**William F. RYAN.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1983.

Decided Dec. 29, 1983.

Joseph A. Smyth, Jr., Dist. Atty., Ronald T. Williamson, Chief, Appeals Div., Asst. Dist. Atty., for appellant.

Frederick W. McBrien, III, Norristown, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.